UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD DUMAS,

    Plaintiff,

    v.

NEW UNITED MOTOR MANUFACTURING INC., and DOES 1-20,

    Defendants.

_____/

No. C 05-4702 PJH

**ORDER**

Before the court is a letter brief filed by defendants on May 9, 2007. The letter brief appears to have been filed as a motion to enlarge time, and requests that the court allow defendant to file its accompanying motion for attorneys' fees one day late.

Pursuant to the local rules of this court, any motion to enlarge time must be filed as a proper motion, and must be accompanied by a declaration and proposed order. See Civ. L.R. 6-3. Although defendant's letter brief fails to comply with these requirements, the court notes that the substance of defendant's letter brief adequately sets forth the information required by the local rules, and the court elects to treat defendant's brief as a properly filed motion to enlarge time. As such, and in accordance with local rule 6-3, plaintiff has three days from the filing of defendant's letter brief – until Monday, **May 14, 2007** – in which to oppose defendant's motion to enlarge time, if he so chooses. Any opposition should be confined to the issue whether enlargement of time is warranted; all arguments in opposition to defendant's motion for attorneys' fees should be reserved for briefing on the merits of that motion, in the event the court resolves the instant motion to

enlarge time in defendant's favor.

**IT IS SO ORDERED.**

Dated: May 11, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge