UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD DUMAS,

    Plaintiff,

    v.

NEW UNITED MOTOR MANUFACTURING, INC., and DOES 1-20,

    Defendants.

_____/

No. C 05-4702 PJH

**ORDER GRANTING MOTION TO ENLARGE TIME**

On May 11, 2007, the court issued an order construing defendants' May 9, 2007 letter brief as a properly filed motion to enlarge time, in connection with defendants' motion for attorneys' fees. The court notified plaintiff therein that he was granted until May 14, 2007, in which to oppose defendants' motion to enlarge time, if he so chose.

The due date for the filing of plaintiff's opposition now having passed, and none having been filed, the court hereby GRANTS defendants' motion to enlarge time. As such, the hearing on defendants' motion for attorneys' fees is calendared according to the notice date appearing on defendants' motion papers, and is therefore set for June 27, 2007, at 9:00 a.m. All opposition and reply briefs shall be filed in accordance with civil local rule 7-3.

**IT IS SO ORDERED.**

Dated: May 17, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge