UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD DUMAS,
    Plaintiff,

    v.

NEW UNITED MOTOR MANUFACTURING, INC.,
    Defendant.
_____/

No. C 05-4702 PJH

**ORDER VACATING HEARING DATE**

    Pursuant to Civil Local Rule 7-1(b), the court finds that defendant's motion for attorneys' fees, which has been noticed for hearing on June 27, 2007, is appropriate for decision without oral argument.

    Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

    SO ORDERED.

Dated: June 21, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

1