**United States District Court**
For the Northern District of California

1

2

3                           UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5

RONALD DUMAS,

6

   Plaintiff,                              No. C 05-4702 PJH

7

   v.                                      **ORDER SETTING AMOUNT
                                            OF ATTORNEYS' FEES AWARD**
8
NEW UNITED MOTOR

9  MANUFACTURING INC., and
   DOES 1-20,

10

   Defendant.

11  _____/

12        On June 29, 2007, this court granted defendant New United Motor Manufacturing

13  Inc.'s ("defendant") motion for attorneys' fees.  The court, however, deferred ruling on the

14  amount of attorneys' fees to be awarded, as plaintiff's attorney failed to provide the court

15  with any information regarding plaintiff's ability to pay a fee award.  The court gave plaintiff

16  ten days to provide evidence regarding plaintiff's financial resources.  Plaintiff, however,

17  failed to submit any such evidence to the court.  Although the court suspects that the

18  requested fee amount will present some difficulty for plaintiff, the court has no basis upon

19  which to determine that plaintiff does not have the financial ability to pay the fees incurred

20  by defendant in defending against his groundless complaint.  Accordingly, the court hereby

21  GRANTS defendant's fee request and AWARDS the amount of $95,969.50[1], which

22  includes $90,169.50 in litigating the FEHA claims in this case and $5,800.00 in preparing

23  the motion for attorneys' fees.

24        Payment of the award, is however, STAYED, pending resolution of plaintiff's appeal

25  on the merits as well as this fee award, should it also be appealed.  Should the court's

26  summary judgment be affirmed by the court of appeals, the fee award shall be paid within

27

28        [1] The court notes that its June 29 Order misstated the amount requested by defendant.

1    30 days of the issuance of the mandate.

2            The court further orders that plaintiff's counsel shall immediately provide a copy of

3    this order to the plaintiff and certify that he has done so.  Plaintiff's counsel shall also file

4    certification that he provided plaintiff with a copy of the court's June 29, 2007 order and its

5    summary judgment order, as the court ordered him to do on June 29, 2007.

6            **IT IS SO ORDERED**.

7    Dated: July 23, 2007                         _____

8                                                 PHYLLIS J. HAMILTON
                                                  United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              2

**United States District Court**
For the Northern District of California