UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD DUMAS,                                          No. C 05-04702 PHH (JCS)

        Plaintiff(s),
                                                       **ORDER TO SHOW CAUSE**
   v.

NEW UNITED MOTOR MANUFACTURING, INC.,

        Defendant(s).
_____/

    Pursuant to Rule 69 of the Federal Rules of Civil Procedure, an examination of Ronald Dumas was scheduled before this Court on September 18, 2009, at 9:30 a.m. Althea Bovell, counsel for Defendant, appeared. Ronald Dumas, Plaintiff, was not present.

    IT IS HEREBY ORDERED that Ronald Dumas shall appear, in person, on **October 16, 2009, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause why he should not be held in contempt and sanctions be imposed for his failure to comply with the Court's order that he appear on September 18, 2009. Ronald Dumas shall also sit for an examination on **October 16, 2009, at 9:30 a.m.**

    IT IS SO ORDERED.

Dated: September 23, 2009

                                                                                         JOSEPH C. SPERO
                                                                                         United States Magistrate Judge