560 Mission Street, Suite 3100

San Francisco, California 94105

(415) 397-2823

fax (415) 397-8549

www.seyfarth.com

(415) 544-1061

abovell@seyfarth.com

May 5, 2010

The Honorable Judge Joseph C. Spero
United States District Court - Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

    *Re:*    *Dumas v. NUMMI*
             USDC, Northern District, Case No. C05-4702 JCS

Dear Judge Spero:

    Defendant New United Motor Manufacturing, Inc. ("NUMMI") requests that the Order to Show Cause hearing and Debtor's Examination of Ronald Dumas scheduled for Friday, May 7, 2010, be taken off calendar. NUMMI has decided not to continue the hearing at this time.

                         Very truly yours,

                         SEYFARTH SHAW LLP

                         s/s

                         Althea V. Bovell

AVB/njd

Dated: May 6, 2010



IT IS SO ORDERED
Judge Joseph C. Spero

12292840v.1